Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

FILED
IN CLERKS OFFICE

2023 FEB 21 PM 2: 20

U.S. DISTRICT COURT
DISTRICT OF MASS.

# UNITED STATES DISTRICT COURT
для the
District of Massachusetts

| | | |
|---|---|---|
| Nicholas A. Ritrovato, III | ) | Case No. _____ |
| | ) | (to be filled in by the Clerk's Office) |
| *Plaintiff(s)* | ) | |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | ) | Jury Trial: (check one) ☐ Yes ✓ No |
| -v- | ) | |
| United States Postal Service Federal Credit Union | ) | |
| *Defendant(s)* | ) | |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | ) | |

## COMPLAINT FOR A CIVIL CASE

I.  **The Parties to This Complaint**

   A.  **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Nicholas A. Ritrovato |
   | Street Address | 9 Wesley Park |
   | City and County | Somerville Middlesex County |
   | State and Zip Code | MA 02143 |
   | Telephone Number | 6177672056 |
   | E-mail Address | nicholas_ritrovato@alumni.umass.edu |

   B.  **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

    Name    United States Postal Service Federal Credit Union

    Job or Title *(if known)*    Attention Branch Manager and/or General Counsel

    Street Address    7905 Malcolm Road Suite 311

    City and County    Clinton

    State and Zip Code    MD 20735-1730

    Telephone Number    (301) 856-5000

    E-mail Address *(if known)*

Defendant No. 2

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

18 U.S. Code § 1344 - Bank fraud - Ines under an assumed identity knowingly executed, or attempted to execute, a scheme or artifice to defraud a financial institution; and to obtain any of the moneys, funds, credits, assets, securities, or other property owned by, or under the custody or control of, a financial institution, by means of false or fraudulent pretenses, representations, or promises.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,

    and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.    The Amount in Controversy

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Ines together with the USPS FCU deposited checks into an account at USPS FCU which had been intercepted at the home of and payable to Nicholas A. Ritrovato III. The fraud is suspected to have occurred in 1990, 1993, 1995 and in 2000 (Gifts from family and friends) exceeding $6,000,000.00 in check proceeds. Defendants are reported and/or suspected to have deposited or accepted deposit check(s) on 4-5 occasions. Offense included depositing the checks into an account opened under an assumed identity of Nicholas A. Ritrovato Jr. who has been deceased since 1978. Nicholas A. Ritrovato, III is entitled to the check proceeds and a long term rate of deposit interest for each deposit.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Nicholas A. Ritrovato is entitled to $6,000,000.00 in check proceeds, plus damages, and long term deposit interest exceeding $40,000,000.00.

This claim is a preliminary complaint pending discovery on subpoena of USPS FCU deposit records for the entire period the account had been opened. Calculation estimates included below.

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

| Year | Amount | Rate 7% | #Years | FVA | FV |
|---|---|---|---|---|---|
| 1990 | $1,000,000.00 | 1.07 | 33 | 9.325339754 | $9,325,339.75 |
| 1993 | $2,000,000.00 | 1.07 | 30 | 7.612255043 | $15,224,510.09 |
| 1995 | $1,000,000.00 | 1.07 | 28 | 6.648838364 | $6,648,838.36 |
| 2000 | $2,000,000.00 | 1.07 | 23 | 4.740529863 | $9,481,059.73 |
| Total | $6,000,000.00 | | | | $40,679,747.93 |

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 02/21/2023

Signature of Plaintiff: /S/ Nicholas A. Ritrovato, III
Printed Name of Plaintiff: Nicholas A. Ritrovato, III

### B. For Attorneys

Date of signing: 

Signature of Attorney: 
Printed Name of Attorney: 
Bar Number: 
Name of Law Firm: 
Street Address: 
State and Zip Code: 
Telephone Number: 
E-mail Address:

**Nicholas A. Ritrovato**
9 Wesley Park
Somerville, MA  02143
Mobile: (617) 767-2056
Home: (617) 764-5181
nicholas_ritrovato@yahoo.com

---

February 21, 2023

USPS FCU
Attention Branch Manager and/or General Counsel
7905 Malcolm Road Suite 311
Clinton, MD 20735-1730

RE:  Pre-filing discovery request for civil case.  Fax: (301) 856-4061

Dear Sir or Madam,

I am planning on filing a case in federal civil court regarding one of your share depositor accounts. The case pertains to bank fraud and identity theft, among other things that I am a victim of. The share depositor deposited checks made payable to me, Nicholas A. Ritrovato, III into an account of my deceased father, Nicholas A. Ritrovato, Jr. who's identity he had assumed. The depositor then allegedly secreted the proceeds of the checks to his children.

I am looking for discovery in order to complete my complaint properly and save some time in the subpoena process. A Draft of the preliminary complaint is attached.

My cell phone number is (617) 767-2056 and my number at home is (617) 764-5181. Please contact me to facilitate discovery and the settlement my claim.


Best regards,

*N.A. Ritrovato, III*

Nicholas Ritrovato