Nicholas A. Ritrovato
9 Wesley Park
Somerville, MA 02143
Mobile: (617) 767-2056
Home: (617) 764-5181
nicholas_ritrovato@yahoo.com

May 6, 2023

John Joseph Moakley U.S. Courthouse
The Honorable Judge Patti B. Saris
1 Courthouse Way
Boston, MA 02210

     RE: Ritrovato v. United States Postal Service Federal Credit Union Case #: 1-23-CV-10427-PBS

Judge Saris,

I object to the order dismissing Case # 1-23-CV-10427-PBS before the court filed and dated 5/4/2023 and signed by Judge Sari.

My objection is simply that the case represents a tort claim recovery of personal property, irrevocable gift that was converted and bank fraud was how it was converted. The case should be heard, a judgment should be ordered.

I will remind the court and USPS FCU that the monies deposited in USPS FCU were given as gifts for my graduation(s) and were irrevocable gifts and the money is my property. I own that money! I should receive every effort in identifying the appropriate amounts by subpoena and arranging a settlement or seeking relief in the court.

In the Memorandum and Order dated May 4, 2023 and signed by Judge Sari the court shirks jurisdiction. However, in committing bank fraud Ines and USPS FCU were able to take my property (college graduations gifts). Ines took personal property, bank fraud was how. As one would discover Ines's behavior enriching him-self at my expense was recidivistic.

It is my assertion that the federal courts could in no way shirk jurisdiction of a tort claim for personal property recovery where the bank, bank systems, and the means and instrumentalities are used to convert property regardless of the location of the banking institution (FCU).

I should have available civil cause for action in this tort claim recovering my personal property-irrevocable gifts. Bank fraud is merely a statutorily prohibited activity that by violating a federal law raises a federal question. This tort matter was mentioned in my statement of claim and relief sought in filing the complaint and restated in my objection.

Best regards,

*N.A. Ritrovato, III*

Nicholas Ritrovato