Nicholas A. Ritrovato
9 Wesley Park
Somerville, MA 02143
Mobile: (617) 767-2056
Home: (617) 764-5181
nicholas_ritrovato@yahoo.com

May 31, 2023

USPS FCU
Attention Branch Manager and/or General Counsel
7905 Malcolm Road Suite 311
Clinton, MD 20735-1730

Fax: (301) 856-4061

RE: **Nicholas A. Ritrovato, III v. United States Postal Service Federal Credit Union Case No. 1:23-CV-10427.**

Dear Sir or Madam,

I have filed a case in federal civil court on February 21, 2023, regarding one of your share deposit accounts. As I have written you before the case pertains to an injury caused by bank fraud and identity theft. While I have requested subpoena production in a previous letter and that uncovering the exact fraud which occurred here is important in identifying the appropriate relief or settlement amount I have included my thoughts on that and demand that the federal credit union offer settlement.

Reports of gifts from friends and family indicate check deposit amounts which were the subject of bank fraud are as follows. In the year 1990 at graduation time a check for $1,000,000.00; in 1993 a check or checks for a gift of $2,000,000.00; checks in 1995 at graduation time for $1,000,000.00, $25,000,000.00 and $10,000,000.00; in addition another $2,000,000.00 in 2000 at graduation from graduate school; yet another check for $10,000,000.00 (a bereavement amount).

Generally for the theft of irrevocable gifts and enrichment at my expense using identity theft and the collusion of bank agents a court would award relief of the check proceeds plus a long term rate of interest.

I am demanding relief of $402,587,584.64 on $81,000,000.00 in principle theft of irrevocable gifts with a long term rate of interest from the federal credit union in settlement of my complaint.

USPS FCU frauds plus interest of 7% annually calculated as follows:

**Nicholas A. Ritrovato**
9 Wesley Park
Somerville, MA 02143
Mobile: (617) 767-2056
Home: (617) 764-5181
nicholas_ritrovato@yahoo.com

---

| Year | Principal × Factor | Factor Value | Amount |
|---|---|---|---|
| 1990 | $1,000,000.00 × (1.07)$^{33}$ | 9.325339754 | $9,325,339.75 |
| 1993 | $2,000,000.00 × (1.07)$^{30}$ | 7.612255043 | $15,224,510.09 |
| 1995 | $36,000,000.00 × (1.07)$^{28}$ | 6.648838364 | $239,358,181.10 |
| 2000 | $2,000,000.00 × (1.07)$^{23}$ | 4.740529863 | $9,481,059.73 |
| 2003 | $30,000,000.00 × (1.07)$^{20}$ | 3.869684462 | $116,090,533.87 |
| 2019 | $10,000,000.00 × (1.07)$^{4}$ | 1.31079601 | $13,107,960.10 |
| Total | $81,000,000.00 | Total | $402,587,584.64 |

Please mail to me a letter of settlement with a check for the total amount of principle and interest of $402,587,584.64. I would be pleased to meet with you in your office to finalize the settlement.

Otherwise, I will be seeking additional legal action against the USPS FCU which will not be limited to civil court.

Thanks

Best regards,

*[signature: N.A. Ritrovato, III]*

Nicholas Ritrovato